UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY ALEXANDER MITCHELL,<br><br>        Plaintiff,<br><br>    v.<br><br>LVN ARCHIEGA, et al,<br><br>        Defendants. | **1:19-cv-00876 JLT (PC)**<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR REFUND**<br><br>**(Doc. 9)** |

Plaintiff is proceeding in this prisoner civil rights action after having paid the filing fee in full. He now seeks a refund of an overpayment of the filing fee that he claims is reflected in his Inmate Trust Statement. After examination of the docket in this case and upon consultation with the court's Financial Department, Plaintiff's motion for a refund is **DENIED** because the court's records reflect only a single payment of the filing fee for this action. Any further questions regarding the figures listed in his Inmate Trust Statement should be directed to correctional staff.

IT IS SO ORDERED.

    Dated:   **September 17, 2020**            **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE

1