UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY ALEXANDER MITCHELL,<br><br>          **Plaintiff,**<br><br>    v.<br><br>LVN ARCHIEGA, et al.,<br><br>          **Defendant.** | CASE NO. 1:19-cv-00876-AWI-JLT (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br><br>(Doc. No. 14) |

Plaintiff Corey Alexander Mitchell, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On March 17, 2021, the assigned magistrate judge filed a screening order, finding that the operative complaint fails to state a claim and recommending dismissal of the action without leave to amend. Doc. No. 14. The Court advised that Plaintiff could file objections to the findings and recommendations within fourteen days. Id. More than fourteen days have passed, and Plaintiff did not file any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

///

///

///

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 14) issued on March 17, 2021, are ADOPTED in full;
2. Plaintiff's third-amended complaint (Doc. No. 11) is DISMISSED with prejudice; and
3. The Clerk of Court shall CLOSE the case.

IT IS SO ORDERED.

Dated:   April 22, 2021

_____
SENIOR DISTRICT JUDGE